IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| BRUCE A. MCDONALD, | ) |
| | ) |
| Petitioner, | ) |
| v. | ) No. 3:07-CV-1220-K |
| | ) ECF |
| | ) |
| BUREAU OF PRISONS, ET AL., | ) |
| Respondents. | ) |

# ORDER

After making the review required by 28 U.S.C. § 636(b), the Court finds that the Findings, Conclusions and Recommendation of the Magistrate Judge are correct, and they are adopted as the findings and conclusions of the Court.

**SO ORDERED.**

Signed this 28th day of April, 2008.

*Ed Kinkeade*

ED KINKEADE
UNITED STATES DISTRICT JUDGE